# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 2, 2008

*Before*

JOEL M. FLAUM, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

Nos. 07-2649 & 07-2930

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeals from the United States |
| Plaintiff-Appellee, | District Court for the Southern |
| | District of Illinois. |
| v. | |
| JAMES E. ROLLINS, SR. and | No. 05 CR 30133 |
| RUDY SLACK, | |
| Defendants-Appellants. | David R. Herndon, |
| | Judge. |

**ORDER**

The slip opinion issued in the above-entitled cause on September 15, 2008, is amended as follows:

On page 2 in the first full sentence, the words "50 grams or more of" are deleted, so the sentence now reads: "This appeal is brought by two of those trial defendants, James E. Rollins Sr. and Rudy Slack, against whom the jurors returned verdicts of guilty on the charge of conspiracy to distribute cocaine and cocaine base, that is, 'crack' cocaine."

Footnotes 1 and 2 (although not mentioned in this correction) remain as they are in the opinion.